**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ZACARIAS CALLES CASTRO,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECKA, et al.,<br><br>Respondents. | Case No. 5:26-cv-00697-HDV-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

The Court also has reviewed Respondents' objections to the Report and Recommendation ("Objections") and Petitioner's Response to Objections, both filed on March 9, 2026.  (ECF Nos. 10, 12.)  As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the Report and Recommendation to which Petitioner specifically has objected.  The Objections lack merit for the reasons stated in the Report and Recommendation.  The Court finds no defect of law, fact, or logic in the Report and Recommendation.  The Court concurs with and accepts the findings, conclusions, and

recommendations of the United States Magistrate Judge, and overrules the Objections.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation is accepted and adopted;

2. Claim One of the Petition (Pet. ¶¶ 22–28) regarding violation of the INA is GRANTED;

3. Respondents are ENJOINED from continuing to detain Petitioner unless he is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order; and

4. The parties are ordered to file a joint status report within fourteen (14) days of the date of this Order, which must discuss the results of any bond hearing held and address the question of whether the remaining claims in the Petition have been rendered moot.

DATED:  4/10/2026

_____
HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

2