UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACARIAS CALLES CASTRO,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECKA, et al.,<br><br>Respondents. | **CASE NO.** 5:26-cv-00697-HDV-MAA<br><br>**ORDER DENYING PETITION'S REMAINING CLAIMS AS MOOT** |

On April 10, 2026, the Court enjoined Respondents from continuing to detain Petitioner unless he was provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days. (ECF No. 14.) On April 24, 2026, the parties filed a Joint Status Report indicating that a bond hearing had been held, that Petitioner had been ordered released under bond of $10,000 with conditions, and that Petitioner was in the process of being released. (ECF No. 15.) The parties further indicated that, once Petitioner was released, the remaining claims in the Petition would be rendered moot. (*Id.*) Petitioner was released later the same day. (ECF Nos. 16, 17.)

The Court notes that Claim One of the Petition was granted by its April 10, 2026 order. (ECF No. 14.) Pursuant to the agreement of the parties, the Court

hereby DENIES the remaining claims as moot.  Judgment shall be entered accordingly.

DATED:  May 15, 2026

_____
HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

Presented by:

_____
MARÍA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

2