**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACARIAS CALLES CASTRO, | Case No. 5:26-cv-00697-HDV-MAA |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES JANECKA, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge filed April 10, 2026 (ECF No. 14), the status reports filed April 24–28, 2026 (ECF Nos. 15–17), and the Order Denying Petition's Remaining Claims as Moot filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Petition is GRANTED in part and DENIED in part as moot.

DATED:  May 15, 2026

_____
HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE